### PEOPLE ex rel. WOODRUFF v. McADOO, Police Com'r.

(Supreme Court, Appellate Division, Second Department.   October 20, 1905.)

Appeal from Special Term, Kings County.
Mandamus proceedings by the people, on the relation of Henry S. Woodruff, against William McAdoo, as police commissioner of the city of New York.   From an order awarding a peremptory writ, defendant appeals.   Reversed.
Argued before HIRSCHBERG, P. J., and BARTLETT, WOODWARD, JENKS, and HOOKER, JJ.

PER CURIAM.   Order reversed, with $10 costs and disbursements, and motion denied, with costs, on the authority of People ex rel. Gilhooly v. McAdoo (decided herewith) 95 N. Y. Supp. 400.

WOODWARD, J., votes to affirm, on the opinion of Maddox, J., at Special Term.